### 15517.  SIMS *v.* GRAHAM.

BROYLES, C. J.  1. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

2. This court not being satisfied that the writ of error was prosecuted for delay only, the request of the defendant in error for the award of damages is denied.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 10, 1924.

Trover; from city court of Newnan—Judge Post.  March 11, 1924.

*T. G. Farmer Jr.,* for plaintiff in error.

*Stanford Arnold,* contra.